# EXHIBIT 2

**Defendant:** Martin Grof, d/b/a Ray of Smile, a/k/a Lovely Smile
**ASIN:** B01B1X3I1W
**Accused Product:** "Bright White Teeth Whitening Strips" (No Slip Technology), offered through the "Ray of Smile"/"Lovely Smile" storefront

**Infringement Chart for U.S. Patent No. 11,826,444 B2 (Claim 1)**

| Claim | Infringing Product |
|---|---|
| 1. A dental whitening device, comprising: | The Accused Product ("Bright White Teeth Whitening Strips," ASIN B01B1X3I1W), offered through the "Ray of Smile"/"Lovely Smile" storefront, is a dental whitening device — a teeth whitening strip. |
| a strip of backing material, wherein the strip of backing material is flexible and planar such that the strip of backing material has two flat sides; | The Accused Product comprises a thin, flexible, planar strip of backing material having two flat sides, one of which is coated with the whitening composition. |
| a gelatinous, non-coalescent, visco-elastic dental composition conjoined to at least a portion of one of the flat sides of the strip of backing material, the dental composition being comprised of a tooth whitening agent, a solvent, and a thickening agent selected from the set of thickening agents consisting of polyethyloxazoline and polyvinylpyrrolidone (PVP); | The Accused Product comprises a dental composition (whitening gel) conjoined to at least a portion of one flat side of the strip. On information and belief, and based on inspection of an actual purchased sample, the composition is gelatinous, non-coalescent, and visco-elastic. Per the ingredient list, the composition comprises a tooth whitening agent (Hydrogen Peroxide, the active whitening agent), a solvent (Aqua, i.e., water; the composition also contains Alcohol, a further solvent), and a thickening agent (PVP (polyvinylpyrrolidone)), which is one of the two thickening agents in the recited set. The full ingredient list disclosed on the Accused Product's packaging is: "PVP, Glycerin, Hydroxypropyl Methylcellulose, Aqua, Alcohol, Hydrogen Peroxide, Menthol." |
| wherein when adhered to a user's dental arch both the dental composition and the backing material flex and conform to the user's dental arch without cracking or breaking. | When applied to the teeth in accordance with the Accused Product's instructions (applied before brushing and worn for up to one hour per use, per the product's instructions), both the dental composition and the backing material flex and conform to the user's dental arch without cracking or breaking, as shown by the product's use as a conformable whitening strip and inspection of an actual sample. |